SETH J. ADAMS, ESQ.
**Nevada Bar No. 11034**
WOODBURN AND WEDGE
Sierra Plaza
6100 Neil Road, Ste. 500
Post Office Box 2311
Reno, Nevada  89505
(Telephone):  775-688-3000
(Fax):  775-688-3088
sadams@woodburnandwedge.com

Attorneys for Creditor
Differential Engineering Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re:<br><br>METAL RECOVERY SOLUTIONS, INC.<br><br><br><br><br><br><br>      Debtor.<br>_____/ | Case No.  BK-20-50660-BTB<br>Chapter 7<br><br>**CREDITOR DIFFERENTIAL ENGINEERING, INC.'s STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD ON APPEAL** |

Creditor, DIFFERENTIAL ENGINEERING INC. ("Differential"), by and through its attorneys, WOODBURN AND WEDGE, filed a notice of appeal of the "Order on Omnibus Objection to Claims 2 and 3" entered on the docket on April 13, 2022, as Docket No. 203 in Case No. 20-50660. Differential hereby submits, pursuant to FRBP 8009, this statement of issues on appeal and the designation of the record on appeal.

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred in sustaining the omnibus objection to Differential Engineering's Proofs of Claim, No.'s 2 and 3 and denying the claims in their entirety?

2. Whether the Bankruptcy Court committed reversible error in considering evidence at issue in a separate, pending adversary proceeding as well as allowing the Chapter 7 Trustee to introduce, and argue in support of, new legal theories during the evidentiary hearing on the objections to claim?

## DESIGNATION OF RECORD ON APPEAL

The following documents filed in In re: Metal Recovery Solutions, Inc., Case No. 20-50660:

| Filing Date | Docket No. | Description |
|---|---|---|
| 7/06/2020 | 1 | Chapter 7 Voluntary Petition Non-Individual. Fee Amount $335. Filed by REW R. GOODENOW on behalf of Metal Recovery Solutions, Inc. (GOODENOW, REW) |
| 7/08/2020 | 9 | Amended Voluntary Petition. **Item(s) Amended:** updated form. Filed by REW R. GOODENOW on behalf of METAL RECOVERY SOLUTIONS, INC. (GOODENOW, REW) (Entered: 07/08/2020) |
| 11/11/2020 | 67 | Non-Individual Summary of Assets and Liabilities, Schedule[s]A/B, Real Property Amount: $ 0, Personal Property Amount: $ 1,036,500.00, with Certificate of Service Filed by REW R. GOODENOW on behalf of METAL RECOVERY SOLUTIONS, INC. (GOODENOW, REW) (Entered: 11/11/2020) |
| 6/18/2021 | 108 | Omnibus Objection to Claim 2-3 of DIFFERENTIAL ENGINEERING, INC. in the amount of $958,707, $766,858 *REDACTED, Filed Publicly* Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (BUBALA, LOUIS) (Entered: 06/18/2021) |
| 6/18/2021 | 109 | Declaration Of: LOUIS M. BUBALA III Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s)108 Objection to Claim filed by Creditor GEO-LOGIC ASSOCIATES, INC.) (BUBALA, LOUIS) (Entered: 06/18/2021) |
| 6/18/2021 | 110 | Ex Parte Motion to Seal Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s)108 Objection to Claim filed by Creditor GEO-LOGIC ASSOCIATES, INC.)(BUBALA, LOUIS) (Entered: 06/18/2021) |

WOODBURN AND WEDGE
6100 Neil Road, Ste. 500
Reno, Nevada 89511
Tel: (775) 688-3000

| | | |
|---|---|---|
| 6/25/2021 | 111 | Order Granting Motion To Seal (Related Doc # 110) (cly) (Entered: 06/25/2021) Notice of Hearing Hearing Date: 07/30/2021 Hearing Time: 2:00 p.m. Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s)108 Objection to Claim filed by Creditor GEO-LOGIC ASSOCIATES, INC.) (BUBALA, LOUIS) (Entered: 06/30/2021) |
| 7/13/2021 | 120 | Notice *of Deposition of 30(b)(6) Representative of DIFFERENTIAL ENGINEERING, INC.* with Certificate of Service Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (BUBALA, LOUIS) (Entered: 07/13/2021) |
| 7/13/2021 | 121 | Notice *of Deposition of 30(b)(6) Representative of Debtor METAL RECOVERY SYSTEMS, INC.* with Certificate of Service Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (BUBALA, LOUIS) (Entered: 07/13/2021) |
| 7/22/2021 | 122 | Adversary case 21-05066. Complaint Filed by CHRISTOPHER P. BURKE, in his capacity as Chapter 7 Trustee of METAL RECOVERY SOLUTIONS, INC vs. METAL RECOVERY SOLUTIONS, INC., THOMAS SEAL, JETTE SEAL, DIFFERENTIAL ENGINEERING, INC., MARK SHONNARD Fee Amount $350. (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))(13 (Recovery of money/property - 548 fraudulent transfer)(13 (Recovery of money/property - 548 fraudulent transfer)(13 (Recovery of money/property - 548 fraudulent transfer)(12 (Recovery of money/property - 547 preference)(LEHNERS, MICHAEL) (Entered: 07/22/2021) |
| 7/23/2021 | 123 | Motion to Quash *or for Protective Order* with Certificate of Service Filed by SETH J. ADAMS on behalf of DIFFERENTIAL ENGINEERING INC. (Related document(s)120 Notice filed by Creditor GEO-LOGIC ASSOCIATES, INC., 121 Notice filed by Creditor GEO-LOGIC ASSOCIATES, INC.)(ADAMS, SETH) (Entered: 07/23/2021) |
| 7/30/2021 | 127 | Motion for Order Shortening Time Filed by SETH J. ADAMS on behalf of DIFFERENTIAL ENGINEERING INC.(Related document(s) 123 Motion to Quash *or for Protective Order* filed by Creditor DIFFERENTIAL ENGINEERING INC.. ) (ADAMS, SETH). Modified on 8/2/2021 to relate to doc #123 (Hannan, KS). (Entered: 07/30/2021) |
| 7/30/2021 | 128 | Declaration Of: Seth J. Adams in Support of Motion for Order Shortening Time Filed by SETH J. ADAMS |

WOODBURN AND WEDGE
6100 Neil Road, Ste. 500
Reno, Nevada 89511
Tel: (775) 688-3000

| Date | Doc # | Description |
|---|---|---|
| | | on behalf of DIFFERENTIAL ENGINEERING INC. (Related document(s)127 Motion for Order Shortening Time filed by Creditor DIFFERENTIAL ENGINEERING INC.) (ADAMS, SETH) (Entered: 07/30/2021) |
| 8/13/2021 | 136 | Opposition with Certificate of Service Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s)123 Motion to Quash filed by Creditor DIFFERENTIAL ENGINEERING INC..) (BUBALA, LOUIS) (Entered: 08/13/2021) |
| 8/13/2021 | 137 | Declaration Of: MICHAEL LEHNERS Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s) 136 Opposition filed by Creditor GEO-LOGIC ASSOCIATES, INC.) (BUBALA, LOUIS). Modified on 8/16/2021 to remove relationship to doc #123 (Hannan, KS). (Entered: 08/13/2021) |
| 8/16/2021 | 138 | Reply with Certificate of Service Filed by SETH J. ADAMS on behalf of DIFFERENTIAL ENGINEERING INC. (Related document(s)136 Opposition filed by Creditor GEO-LOGIC ASSOCIATES, INC..) (ADAMS, SETH) (Entered: 08/16/2021) |
| 8/19/2021 | 142 | Stipulation By GEO-LOGIC ASSOCIATES, INC. and Between DIFFERENTIAL ENGINEERING, INC. and Trustee CHRISTOPHER P. BURKE *Regarding Authorization to Pursue Claim Objection* Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s)108 Objection to Claim filed by Creditor GEO-LOGIC ASSOCIATES, INC., 123 Motion to Quash filed by Creditor DIFFERENTIAL ENGINEERING INC.) (BUBALA, LOUIS) (Entered: 08/19/2021) |
| 8/20/2021 | 143 | Stipulated/Agreed Order (Related document(s)142 Stipulation filed by Creditor GEO-LOGIC ASSOCIATES, INC..) (cly) (Entered: 08/20/2021) |
| 8/24/2021 | 144 | Response with Certificate of Service Filed by SETH J. ADAMS on behalf of DIFFERENTIAL ENGINEERING INC. (Related document(s)108 Objection to Claim filed by Creditor GEO-LOGIC ASSOCIATES, INC..) (ADAMS, SETH) (Entered: 08/24/2021) |
| 8/24/2021 | 145 | Declaration Of: Thom Seal, Ph.D., PE with Certificate of Service Filed by SETH J. ADAMS on behalf of DIFFERENTIAL ENGINEERING INC. (Related document(s)144 Response filed by Creditor DIFFERENTIAL ENGINEERING INC.) (ADAMS, SETH) (Entered: 08/24/2021) |

/ / /

| | | |
|---|---|---|
| 8/31/2021 | 146 | Reply *To Differential Engineering, Inc.'s Response To Omnibus Objection To Claims* Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s)144 Response filed by Creditor DIFFERENTIAL ENGINEERING INC.. ) (BUBALA, LOUIS). Modified on 9/1/2021 to replace relationship to doc #144 (Hannan, KS). (Entered: 08/31/2021) |
| 8/31/2021 | 147 | Declaration Of: LOUIS M. BUBALA III Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s)146 Reply filed by Creditor GEO-LOGIC ASSOCIATES, INC.) (BUBALA, LOUIS) (Entered: 08/31/2021) |
| 10/12/2021 | 158 | Notice *of Filing Under Seal Transcripts Of Dr. Thomas Seal Depositions* Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (BUBALA, LOUIS) (Entered: 10/12/2021) |
| 10/12/2021 | 159 | Ex Parte Motion to File Under Seal *the Deposition Transcripts of the Representative of Debtor and Differential Engineering, Inc.* Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (BUBALA, LOUIS) (Entered: 10/12/2021) |
| 10/12/2021 | 160 | Supplement Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s)108 Objection to Claim filed by Creditor GEO-LOGIC ASSOCIATES, INC.) (BUBALA, LOUIS) (Entered: 10/12/2021) |
| 10/15/2021 | 163 | Order Granting Motion To File Under Seal (Related Doc # 159) (cly) (Entered: 10/15/2021) |
| 10/22/2021 | 167 | Supplemental Document *TRUSTEE* with Certificate of Service Filed by MICHAEL LEHNERS on behalf of CHRISTOPHER P. BURKE (LEHNERS, MICHAEL). Related document(s) 108 Omnibus Objection to Claim 2-3 of DIFFERENTIAL ENGINEERING, INC. in the amount of $958,707, $766,858 *REDACTED, Filed Publicly* Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. filed by Creditor GEO-LOGIC ASSOCIATES, INC.. Modified on 10/25/2021 to relate to #108 (Ivey, SD). (Entered: 10/22/2021) |
| 10/22/2021 | 168 | Supplement *to Response to Omnibus Objection to Claims* with Certificate of Service Filed by SETH J. ADAMS on behalf of DIFFERENTIAL ENGINEERING INC. (Related document(s)144 Response filed by Creditor DIFFERENTIAL ENGINEERING INC.) (ADAMS, SETH) (Entered: 10/22/2021) |
| 10/26/2021 | 169 | Supplemental Reply *CREDITOR GEO-LOGIC ASSOCIATES, INC.S REDACTED SUPPLEMENTAL REPLY IN SUPPORT OF ITS OBJECTION TO* |

WOODBURN AND WEDGE
6100 Neil Road, Ste. 500
Reno, Nevada 89511
Tel: (775) 688-3000

5

| | | |
|---|---|---|
| | | *CLAIMS OF DIFFERENTIAL ENGINEERING, INC. (CLAIM NOS. 2-3)* Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s)108 Objection to Claim filed by Creditor GEO-LOGIC ASSOCIATES, INC..) (BUBALA, LOUIS) (Entered: 10/26/2021) |
| 10/26/2021 | 170 | Ex Parte Motion to File Under Seal with Proposed Order Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Attachments: # 1 PROPOSED ORDER)(BUBALA, LOUIS) (Entered: 10/26/2021) |
| 10/26/2021 | 171 | Declaration Of: LOUIS M BUBALA III Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s) 169 Reply filed by Creditor GEO-LOGIC ASSOCIATES, INC.) (BUBALA, LOUIS). Modified on 10/27/2021 to remove relationship to doc #108 (Hannan, KS). (Entered: 10/26/2021) |
| 10/26/2021 | 172 | Supplement with Certificate of Service Filed by SETH J. ADAMS on behalf of DIFFERENTIAL ENGINEERING INC. (Related document(s)167 Document filed by Trustee CHRISTOPHER P. BURKE) (ADAMS, SETH) (Entered: 10/26/2021) |
| 10/28/2021 | 173 | Order Granting Motion To File Under Seal (Related Doc # 170) (cly) (Entered: 10/28/2021) |
| 11/1/2021 | 175 | Document *DESIGNATION OF DEPOSITION TESTIMONY PURSUANT TO LOCAL RULE 7032* Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s)108 Objection to Claim filed by Creditor GEO-LOGIC ASSOCIATES, INC.) (BUBALA, LOUIS) (Entered: 11/01/2021) |
| 11/15/2021 | 180 | Joint Exhibit *Exhibits 1-64* Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s)108 Objection to Claim filed by Creditor GEO-LOGIC ASSOCIATES, INC.) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 - FILED UNDER SEAL # 4 Exhibit 4 - FILED UNDER SEAL # 5 Exhibit 5 - FILED UNDER SEAL # 6 Exhibit 6 - FILED UNDER SEAL # 7 Exhibit 7 - FILED UNDER SEAL # 8 Exhibit 8 - FILED UNDER SEAL # 9 Exhibit 9 - FILED UNDER SEAL # 10 Exhibit 10 - FILED UNDER SEAL # 11 Exhibit 11 - FILED UNDER SEAL # 12 Exhibit 12 - FILED UNDER SEAL # 13 Exhibit 13 - FILED UNDER SEAL # 14 Exhibit 14 - FILED UNDER SEAL # 15 Exhibit 15 - FILED UNDER SEAL # 16 Exhibit 16 - FILED UNDER SEAL # 17 Exhibit 17 - FILED UNDER SEAL # 18 Exhibit 18 - FILED UNDER SEAL # 19 Exhibit 19 - FILED UNDER |

| | | |
|---|---|---|
| | | SEAL # 20 Exhibit 20 - FILED UNDER SEAL # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 - FILED UNDER SEAL # 24 Exhibit 24 - FILED UNDER SEAL # 25 Exhibit 25 - FILED UNDER SEAL # 26 Exhibit 26 - FILED UNDER SEAL # 27 Exhibit 27 - FILED UNDER SEAL # 28 Exhibit 28 - FILED UNDER SEAL # 29 Exhibit 29 - FILED UNDER SEAL # 30 Exhibit 30 # 31 Exhibit 31 # 32 Exhibit 32 - FILED UNDER SEAL # 33 Exhibit 33 # 34 Exhibit 34 - FILED UNDER SEAL # 35 Exhibit 35 - FILED UNDER SEAL # 36 Exhibit 36 # 37 Exhibit 37 - FILED UNDER SEAL # 38 Exhibit 38 - FILED UNDER SEAL # 39 Exhibit 39 # 40 Exhibit 40 - FILED UNDER SEAL # 41 Exhibit 41 - FILED UNDER SEAL # 42 Exhibit 42 # 43 Exhibit 43 - FILED UNDER SEAL # 44 Exhibit 44 - FILED UNDER SEAL # 45 Exhibit 45 # 46 Exhibit 46 # 47 Exhibit 47 # 48 Exhibit 48 # 49 Exhibit 49 # 50 Exhibit 50 # 51 Exhibit 51 # 52 Exhibit 52 # 53 Exhibit 53 # 54 Exhibit 54 - FILED UNDER SEAL # 55 Exhibit 55 - FILED UNDER SEAL # 56 Exhibit 56 - FILED UNDER SEAL # 57 Exhibit 57 # 58 Exhibit 58 - FILED UNDER SEAL # 59 Exhibit 59 # 60 Exhibit 60 # 61 Exhibit 61 # 62 Exhibit 62 - FILED UNDER SEAL # 63 Exhibit 63 # 64 Exhibit 64, Part 1 # 65 Exhibit 64, Part 2) (BUBALA, LOUIS) (Entered: 11/15/2021) |
| 11/15/2021 | 181 | Joint Exhibit *Exhibits 65-87* Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s)108 Objection to Claim filed by Creditor GEO-LOGIC ASSOCIATES, INC.) (Attachments: # 1 Exhibit 65 # 2 Exhibit 66 # 3 Exhibit 67 - FILED UNDER SEAL # 4 Exhibit 68 - FILED UNDER SEAL # 5 Exhibit 69 - FILED UNDER SEAL # 6 Exhibit 70 - FILED UNDER SEAL # 7 Exhibit 71 - FILED UNDER SEAL # 8 Exhibit 72 - FILED UNDER SEAL # 9 Exhibit 73 - FILED UNDER SEAL # 10 Exhibit 74 - FILED UNDER SEAL # 11 Exhibit 75 - FILED UNDER SEAL # 12 Exhibit 76 - FILED UNDER SEAL # 13 Exhibit 77 # 14 Exhibit 78 - FILED UNDER SEAL # 15 Exhibit 79 - FILED UNDER SEAL # 16 Exhibit 80 - FILED UNDER SEAL # 17 Exhibit 81 - FILED UNDER SEAL # 18 Exhibit 82 - FILED UNDER SEAL # 19 Exhibit 83 - FILED UNDER SEAL # 20 Exhibit 84 - FILED UNDER SEAL # 21 Exhibit 85 - FILED UNDER SEAL # 22 Exhibit 86 - FILED UNDER SEAL # 23 Exhibit 87 - FILED UNDER SEAL) (BUBALA, LOUIS) (Entered: 11/15/2021) |
| 11/15/2021 | 182 | Joint Exhibit *List for Evidentiary Hearing on Objections to Claims of Differential Engineering, Inc.* Filed by LOUIS M. BUBALA III on behalf of GEO- |

| Date | Doc # | Description |
|---|---|---|
| | | LOGIC ASSOCIATES, INC. (Related document(s)180 Exhibit filed by Creditor GEO-LOGIC ASSOCIATES, INC., 181 Exhibit filed by Creditor GEO-LOGIC ASSOCIATES, INC.) (BUBALA, LOUIS) (Entered: 11/15/2021) |
| 11/15/2021 | 183 | Ex Parte Motion to Seal *to File Under Seal Confidential Evidentiary Hearing Exhibits* Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s)180 Exhibit filed by Creditor GEO-LOGIC ASSOCIATES, INC., 181 Exhibit filed by Creditor GEO-LOGIC ASSOCIATES, INC.)(BUBALA, LOUIS) (Entered: 11/15/2021) |
| 11/16/2021 | 184 | Order Granting Motion To Seal (Related Doc # 183) (cly) (Entered: 11/16/2021) |
| 11/22/2021 | 185 | Document *Creditor Geo-Logic Associates, Inc.s Amended Designation of Deposition Testimony Pursuant to Local Rule 7032 (Public Version)* Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s)175 Document filed by Creditor GEO-LOGIC ASSOCIATES, INC.) (BUBALA, LOUIS) (Entered: 11/22/2021) |
| 11/22/2021 | 186 | Ex Parte Motion to Seal *Amended Designation of Confidential Deposition Testimony of Thom Seal* Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s)185 Document filed by Creditor GEO-LOGIC ASSOCIATES, INC.)(BUBALA, LOUIS) (Entered: 11/22/2021) |
| 11/24/2021 | 187 | Supplemental Briefing Scheduling Order (Related document(s)108 Objection to Claim filed by Creditor GEO-LOGIC ASSOCIATES, INC..) (mmm) (Entered: 11/24/2021) |
| 11/24/2021 | 188 | Order Granting Motion To Seal (Related Doc # 186) (mmm) (Entered: 11/24/2021) |
| 12/02/2021 | 189 | Transcript regarding Hearing Held on 11/15/21. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, Telephone number 855-873-2223. Purchasing Party: Louis Bubala. Redaction Request Due By 12/23/2021. Redacted Transcript Submission Due By 01/3/2022. Transcript access will be restricted through 03/2/2022. (ACCESS TRANSCRIPTS, LLC) (Entered: 12/02/2021) |
| 12/02/2021 | 190 | Transcript regarding Hearing Held on 11/16/21. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may |

WOODBURN AND WEDGE
6100 Neil Road, Ste. 500
Reno, Nevada 89511
Tel: (775) 688-3000

| | | |
|---|---|---|
| | | contact the Transcriber Access Transcripts, Telephone number 855-873-2223. Purchasing Party: Louis Bubala. Redaction Request Due By 12/23/2021. Redacted Transcript Submission Due By 01/3/2022. Transcript access will be restricted through 03/2/2022. (ACCESS TRANSCRIPTS, LLC) (Entered: 12/02/2021) |
| 12/02/2021 | 191 | Transcript regarding Hearing Held on 11/19/21. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, Telephone number 855-873-2223. Purchasing Party: Louis Bubala. Redaction Request Due By 12/23/2021. Redacted Transcript Submission Due By 01/3/2022. Transcript access will be restricted through 03/2/2022. (ACCESS TRANSCRIPTS, LLC) (Entered: 12/02/2021) |
| 12/06/2021 | 198 | Brief *Opening Post Hearing Brief* with Certificate of Service Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s)108 Objection to Claim filed by Creditor GEO-LOGIC ASSOCIATES, INC.) (BUBALA, LOUIS) (Entered: 12/06/2021) |
| 12/22/2021 | 199 | Supplemental Brief *(Post Evidentiary Hearing)* with Certificate of Service Filed by SETH J. ADAMS on behalf of DIFFERENTIAL ENGINEERING INC. (Related document(s)187 Order) (ADAMS, SETH) (Entered: 12/22/2021) |
| 1/05/2022 | 200 | Reply Brief *in Support of it's Objection to Claims of DIFFERENTIAL ENGINEERING, INC (Claims Nos. 2-3)* with Certificate of Service Filed by LOUIS M. BUBALA III on behalf of GEO-LOGIC ASSOCIATES, INC. (Related document(s)108 Objection to Claim filed by Creditor GEO-LOGIC ASSOCIATES, INC..) (BUBALA, LOUIS) (Entered: 01/05/2022) |
| 1/07/2022 | 201 | Memorandum Decision (BNC) (Related document(s)108 Objection to Claim filed by Creditor GEO-LOGIC ASSOCIATES, INC..) (arv) (Entered: 03/31/2022) |
| 3/31/2022 | 202 | Memorandum Decision (BNC) (Related document(s)108 Objection to Claim filed by Creditor GEO-LOGIC ASSOCIATES, INC..) (arv) (Entered: 03/31/2022) |
| 3/31/2022 | 203 | Order On Omnibus Objection To Claim 2 And 3 (Related document(s)108 Objection to Claim filed by Creditor GEO-LOGIC ASSOCIATES, INC..) (arv) (Entered: 03/31/2022) |

WOODBURN AND WEDGE
6100 Neil Road, Ste. 500
Reno, Nevada 89511
Tel: (775) 688-3000

Appellant reserves the right to add to the record on appeal.

## TRANSCRIPTS

Appellant has acquired, or is the process of acquiring, transcripts which pertain to this appeal. Appellant reserves the right to amend the following list, but anticipates providing transcripts affiliated with the following hearings and depositions:

| Date: | Description: |
|---|---|
| 08/17/2021 | Hearing on Motion to Quash (ECF No. 139) |
| 09/07/2021 | Hearing on Omnibus Objection to Claim |
| 10/04/2021 | Deposition of Dr. Thom Seal, taken on October 4, 2021 (30(b)(6) Representative) |
| 10/05/2021 | Deposition of Dr. Thom Seal, taken on October 5, 2021 (30(b)(6) Representative) |
| 11/15/2021 | Transcript re: Evidentiary Hearing, Day 1 of 3 |
| 11/16/2021 | Transcript re: Evidentiary Hearing, Day 2 of 3 |
| 11/19/2021 | Transcript re: Evidentiary Hearing, Day 3 of 3 |

DATED this 27th day of April 2022.

WOODBURN AND WEDGE

By  /s/ Seth J. Adams, Esq.
    Seth J. Adams, Esq.
    Attorney for Creditor
    Differential Engineering Inc.

## CERTIFICATE OF SERVICE

I certify that I am an employee of the law firm of Woodburn and Wedge, and that on the 27th day of April, 2022, I caused the foregoing document to be delivered to the parties entitled to notice in this action by:

| | |
|---|---|
| _____ | placing a true copy thereof in a sealed, stamped envelope with the United States Postal Service at Reno, Nevada |
| _____ | personal delivery |
| _____ | email |
| ____X____ | electronic filing |
| _____ | Federal Express or other overnight delivery |

as follows:

| | | |
|---|---|---|
| **MICHAEL R. BROWN**<br>PARSONS BEHLE & LATIMER<br>201 S. MAIN ST, STE 1800<br>SALT LAKE CITY, UT 84111<br>(801) 532 1234<br>(801) 536 6111 (fax)<br>mbrown@parsonsbehle.com | representing | **METAL RECOVERY SOLUTIONS, INC.**<br>PO BOX 13014<br>RENO, NV 89507<br>*(Debtor)* |
| **LOUIS M. BUBALA, III**<br>KAEMPFER CROWELL<br>50 W. LIBERTY ST., STE 700<br>RENO, NV 89501<br>(775) 852 3900<br>(775) 327 2011 (fax)<br>lbubala@kcnvlaw.com | representing | **GEO-LOGIC ASSOCIATES, INC.**<br>C/O LOUIS M. BUBALA III<br>KAEMPFER CROWELL<br>50 W. LIBERTY ST., STE 700<br>RENO, NV 89501<br>*(Creditor)* |
| **REW R. GOODENOW**<br>PARSONS BEHLE & LATIMER<br>50 W LIBERTY ST, STE 750<br>RENO, NV 89501<br>(775) 323-1601<br>(775) 348 7250 (fax)<br>ecf@parsonsbehle.com | representing | **METAL RECOVERY SOLUTIONS, INC.**<br>PO BOX 13014<br>RENO, NV 89507<br>*(Debtor)* |

1
2
3
4
**MICHAEL LEHNERS**
429 MARSH AVE
RENO, NV 89509
(775) 786-1695
(775) 786-0799 (fax)
michaellehners@yahoo.com

representing

**CHRISTOPHER P. BURKE**
702 PLUMAS STREET
RENO, NV 89509
775 333-9345
TRUSTEECBURKE@CHARTER.NET
*(Trustee)*

/s/ Jennifer Heston
_____

WOODBURN AND WEDGE
6100 Neil Road, Ste. 500
Reno, Nevada 89511
Tel: (775) 688-3000