_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
June 15, 2023

_____

| | |
|---|---|
| Louis M. Bubala III (NV Bar No. 8974) | Ronald P. Oines (CA Bar No. 145016) |
| KAEMPFER CROWELL | *Admitted Pro Hac Vice* |
| 50 West Liberty Street, Suite 700 | RUTAN & TUCKER, LLP |
| Reno, Nevada 89501 | 18575 Jamboree Road, 9th Floor |
| Telephone: 775-852-3900 | Irvine, California 92612 |
| Facsimile: 775-327-2011 | Telephone: 714-641-5100 |
| Email: lbubala@kcnvlaw.com | Facsimile: 714-546-9035 |
| | Email: roines@rutan.com, |

Attorneys for Creditor Geo-Logic Associates, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-20-50660-gs |
| | Chapter 7 |
| METAL RECOVERY SOLUTIONS, INC., aka MRS, INC., | **ORDER GRANTING MOTION FOR ORDER SHORTENING TIME** |
| Debtor. | **[MOTION TO COMPEL COMPLIANCE WITH SALE ORDER]** |
| | Hearing Date: N/A    Hearing Date: 06/26/23 |
| | Hearing Time: N/A    Hearing Time: 9:30 a.m. |
| | Hearing Location: N/A |

On June 8, 2023, Geo-Logic Associates, Inc. moved for an order shorting time to hear its Motion to Compel Compliance with Sale Order ("Motion"). The Motion for shortened time was supporting by the declaration of Louis M. Bubala III and an attorney information sheet, as well as the underlying substantive motion. The Court having considered the presentation with respect thereto, and for good cause appearing **GRANTS** to motion for an order shortening time as follows:

18014.1

Page 1 of 2

**IT IS ORDERED** that the time for notice of a hearing with respect to the Motion is hereby shortened so that a hearing shall occur before this Court on ___June___ 26 , 2023 at 930 _a_.m.    via ZOOM videoconference; Clerk to provide invitations on week in advance;

**IT IS FURTHER ORDERED** that any opposition to the Motion shall be filed and served by ___June 22___, 2023, and any reply to the opposition to the Motion shall be filed and served by xxxxxxxxxxxxxxx2023.  time of hearing..

**IT IS SO ORDERED.**

Submitted by

KAEMPFER CROWELL

By: _/s/  Louis  M.  Bubala  III_

Attorneys for Creditor Geo-Logic Associates, Inc.

### #