*Ent. 7/5/23*

MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695
email michaellehners@yahoo.com
Attorney for Plaintiff Chapter 7 Trustee
Christopher P. Burke

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

|  |  |
|---|---|
| IN RE | BK-N- 20-50660-GS<br>CHAPTER 7 |
| METAL RECOVERY SOLUTIONS,<br>INC., aka MRS, INC, | Hearing Date: _____<br>and Time: _____<br>Mtn No. _____ |
| Debtor(s).<br>_____/ | NOTICE OF ELEMENT GLOBAL INC<br>FAILURE TO DELIVER FUNDS |

To:

Louis Bubala - lbubala@kcnvlaw.com
Ron Oines roines@rutan.com-
L. Edward Humphrey - ed@hlawnv.com
Seth J. Adams - sadams@woodburnandwedge.com
Elizabeth Fletcher - efletcher@fletcherlawgroup.com
Ellen Ostrow - eostrow@foley.com
Amy Tirre - amy@amytirrelaw.com
Christopher Burke - trusteecburke@gmail.com

Please take notice that Element Global Inc has failed to deliver the $2,450,000 of funds required under this Court's May 5, 2023 Order Approving Trustee's Motion to Approve Sale of Claims and Other Bankruptcy estate Assets (ECF 317).

1

Specifically, the Chapter 7 Trustee had filed an Amended Notice of Extension of Time for Element Global, Inc. to tender the $2,500,000 pursuant to this Court's May 5, 2023 Order (ECF 329). Under the amended notice, Element Global, Inc. had through Friday, June 30, 2023 to tender the remaining $2,450,000, having first paid the non-refundable down payment of $50,000.

As of midnight on June 30, 2023, the Trustee has not received these funds.

Dated: This ____3____ day of _____, 2023

By: _____

Michael Lehners, Esq.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331

2

1

<u>**CERTIFICATE OF SERVICE BY MAIL**</u>

2      Pursuant to Federal Rule of Civil Procedure 5(b), I certify that on the _____ day of July, 2023  I

3  deposited for mailing in the United States Post Office in Reno, Nevada, with postage thereon fully prepaid,

4  a true copy of the within **NOTICE OF ELEMENT GLOBAL, INC., FAILURE TO DELIVER FUNDS**

5  addressed as follows:

6              Amy Tirre, Esq.
             3715 Lakeside Drive
             Suite A
7              Reno, NV 89509

8              Seth Adams, Esq.
             Woodburn and Wedge
9              P. O. Box 2311
             Reno, NV 89505

10
             Elizabeth Fletcher, Esq.
11             Fletcher & Lee
             448 Ridge St.
12             Reno, NV 89501

13             L. Edward Humphrey, Esq.
             Humphrey Law PLLC
14             201 W. Liberty St, Ste 350
             Reno, Nv 89501

15             Louis M. Bubala, III
             KAEMPFER CROWELL
16             50 W. Liberty Street, Suite 700
             Reno, Nevada 89501

17             Ellen E. Ostrow, Esq.
             Foley & Lardner LLP
18             95 S State Street, Suite 2500
             Salt Lake City, UT 84111

19
             U.S. Trustee
20             300 Booth Street. Room 3009
             Reno, NV 89509

21      In addition a copy of the attached document was served to all registered participates in this case

22  through the court's ECF system upon filing.

23

24

25                                         Dolores Stigall

26

27

28