MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695
email michaellehners@yahoo.com
Attorney for Plaintiff Chapter 7 Trustee
Christopher P. Burke

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE

METAL RECOVERY SOLUTIONS,
INC., aka MRS, INC,

Debtor(s).
_____/

BK-N- 20-50660-GS
CHAPTER 7

Hearing Date: _____
and Time: _____
Mtn No. _____

<u>NOTICE OF PROOF OF FUNDS AND
RECEIPT OF FUNDS</u>

Chapter 7 Trustee, Christopher P. Burke, by and through his counsel, Michael Lehners, Esq. files the following Notice that Jex Technologies and Dr. Thom Seal have furnished proof of sufficient funds to the Trustee pursuant to the stipulation placed on the record at this Court's July 6, 2023 hearing.

Notice is also given that the Trustee has received certified funds from Jex Technologies in the amount of $1,100,000.

Dated: This ___ day of _____, 2023

By: _____
Michael Lehners, Esq.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331

**CERTIFICATE OF SERVICE BY MAIL**

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that on the 11 day of July, 2023 I deposited for mailing in the United States Post Office in Reno, Nevada, with postage thereon fully prepaid, a true copy of the within **NOTICE OF PROOF OF FUNDS AND RECEIPT OF FUNDS** addressed as follows:

Amy Tirre, Esq.
3715 Lakeside Drive
Suite A
Reno, NV 89509

Seth Adams, Esq.
Woodburn and Wedge
P. O. Box 2311
Reno, NV 89505

Elizabeth Fletcher, Esq.
Fletcher & Lee
448 Ridge St.
Reno, NV 89501

L. Edward Humphrey, Esq.
Humphrey Law PLLC
201 W. Liberty St, Ste 350
Reno, Nv 89501

Louis M. Bubala, III
KAEMPFER CROWELL
50 W. Liberty Street, Suite 700
Reno, Nevada 89501

Ellen E. Ostrow, Esq.
Foley & Lardner LLP
95 S State Street, Suite 2500
Salt Lake City, UT 84111

U.S. Trustee
300 Booth Street. Room 3009
Reno, NV 89509

In addition a copy of the attached document was served to all registered participates in this case through the court's ECF system upon filing.

Dolores Stigall