1  Louis M. Bubala III (NV Bar No. 8974)
   Kaempfer Crowell
2  50 West Liberty Street, Suite 700
   Reno, Nevada 89501
3  Telephone: (775) 852-3900
   Facsimile: (775) 327-2011
4  Email: lbubala@kcnvlaw.com

5  Ronald P. Oines (CA Bar No. 145016)
   *Admitted Pro Hac Vice*
6  Rutan & Tucker, LLP
   18575 Jamboree Road, 9th Floor
7  Irvine, California  92612
   Telephone:  (714) 641-5100
8  Facsimile:  (714)  546-9035
   Email: roines@rutan.com
9
   Attorneys for Creditor
10 GEO-LOGIC ASSOCIATES, INC.

11            UNITED STATES BANKRUPTCY COURT

12                   DISTRICT OF NEVADA

13 | In Re: | Case No. 20-50660-gs |
14 |        | Chapter 7 |
15 | METAL RECOVERY SOLUTIONS, INC., aka MRS, INC., | |
16 |        | **DECLARATION OF RONALD P. OINES IN SUPPORT OF CREDITOR GEO-LOGIC ASSOCIATES, INC.'S MOTION TO ALLOW GLA'S ADMINISTRATIVE EXPENSES INCURRED OBJECTING TO DIFFERENTIAL ENGINEERING, INC.'S CLAIMS** |
   | Debtor(s) | |
17 | | |
18 | | |
19 | | |
20 | | |
21 | | |
22 | | **Hearing Date: 10/6/23** |
23 | | **Hearing Time: 1:30 p.m.** |
   | | **Hearing Location:  Zoom** |

**Rutan & Tucker, LLP**
*attorneys at law*

## DECLARATION OF RONALD P. OINES

I, Ronald P. Oines, declare as follows:

1.      I am a partner at the law firm of Rutan & Tucker, LLP, counsel of record for Geo-Logic Associates, Inc. ("GLA") in this bankruptcy case.  I am a member in good standing of the State Bar of California and am admitted *pro hac vice* to this Court.  I make this Declaration in support of GLA's Motion to allow GLA's Administrative Expenses Incurred in Objecting to Differential Engineering, Inc.'s Claims. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      GLA is based in Southern California, and has retained my firm for various matters over the past 17 years. GLA has been involved in litigation with debtor Metal Recovery Associates, Inc. ("MRS"), its principal Thom Seal ("Seal") and a related entity, Differential Engineering, Inc. ("Differential") for more than five years. I have been GLA's primary attorney throughout this litigation. GLA obtained a Judgment against MRS for more than $2,000,000 after a fully litigated arbitration proceeding that culminated in a three-day arbitration trial before retired District Judge Philip Pro. The underlying litigation included significant discovery into the claims made by MRS, including intellectual property claims, as well as the relationship among MRS, Differential and the Seals. District Judge Miranda Du entered Judgment on the arbitration rejecting MRS' attempts to challenge the award. MRS appealed the Judgment and the arbitration award to the Ninth Circuit, but after full briefing by the parties, MRS filed this bankruptcy case.

3.      Given my extensive knowledge of the facts and evidence relating to the disputes among the parties, it made sense for me to continue as GLA's primary attorney in this bankruptcy case, although we have been fortunate to have the assistance of co-counsel, Louis Bubala of Kaempfer Crowell. This case involves complex intellectual property issues, including some of the intellectual property

1   issues that were the subject of the underlying litigation. This case also involves

2   factually and legally complex issues relating to the relationship among MRS,

3   Differential and the Seals. I have an intimate knowledge of those issues and

4   evidence relating thereto based on my handling of the underlying litigation.

5       4.      MRS filed this bankruptcy case to attempt to prevent GLA from

6   collecting on the Judgment. MRS' and Seal's efforts to prevent GLA and MRS'

7   other creditors from collecting included filing two secured proofs of claim on behalf

8   of Differential in the total amount of $1,737,565. (Claims 2 and 3.) If Differential's

9   claims were to withstand scrutiny, GLA and the other creditors would have received

10  nothing or next to nothing with an allowed secured claim for the full amount, or a

11  dividend payment diluted by nearly 50 percent if Differential had an allowed

12  unsecured claim. GLA's successful prosecution and appellate defense of the claim

13  objection removed Differential from the creditor pool, allowing all unsecured

14  creditors to receive payment in full, plus interest.

15      5.      GLA believed that Differential's claims were improper for several

16  reasons. Therefore, on June 18, 2021, GLA filed its "Omnibus Objection to Claims

17  of Differential engineering, Inc. (Claim Nos. 2-3)." (ECF no. 108.) (the

18  "Objections").

19      6.      As explained in detail below and as shown in the redacted invoices

20  attached hereto as Exhibit A, GLA's Objections were hotly contested by

21  Differential, MRS and the Seals. To begin with, preparation of the Objections was

22  tedious and time-consuming. It involved gathering and reviewing a significant

23  amount of documents and testimony involving the relationship between Differential

24  and MRS, and the basis for the amounts claimed to be due and owing to

25  Differential. GLA's Objection included a detailed analysis of documentary evidence

26  and testimony to support its position that the claims by Differential were bogus.

27  (ECF no. 108.)

28      7.      When GLA sought to take some discovery relating to its Objections,

1    Differential objected, claiming that GLA did not even have the right to proceed with
2    the Objections. This led to significant motion practice including a hearing that
3    should not have been necessary.  (E.g., ECF nos. 123, 136, 138.) After the hearing
4    on Differential's motion, during which the Court indicated that GLA could proceed
5    with the Objections, the parties stipulated that GLA would proceed with the
6    Objections. (ECF no. 142, 143.)

7        8.    There was full briefing on GLA's Objections and the Court held an
8    initial hearing thereon on September 7, 2021. (ECF nos. 144, 145, 146, 147.) The
9    Court concluded that a full evidentiary hearing was required to adjudicate
10   Differential's claims and GLA's Objections thereto. (ECF no. 148.)

11       9.    After the hearing on September 7, 2021, GLA conducted depositions of
12   Differential and MRS. Additionally, pursuant to the Court's Order, the parties filed
13   supplemental briefs. For its part, GLA prepared and filed supplemental initial and
14   reply briefs in support of its Objections. (ECF nos. 160, 169.)

15       10.   The evidentiary hearing was scheduled for three days. GLA prepared
16   and filed pretrial filings, such as witness and exhibit lists, and prepared for and
17   attended the three day hearing, which occurred on November 15, 16 and 19, 2021.
18   After the hearing, pursuant to the Court's Order the parties prepared and filed post-
19   hearing briefs. Preparation of these briefs was time intensive, as it required a
20   detailed review of the documentary evidence and hearing transcripts. GLA's post-
21   hearing briefs included detailed citations to the record as well as legal argument.
22   (ECF nos. 198, 200.)

23       11.   The Court sustained GLA's Objections and disallowed Differential's
24   claims in their entirety. (ECF no. 202.) Despite having no reasonable legal or factual
25   basis to overturn this Court's ruling on the Objections, Differential filed a Notice of
26   Appeal, which dragged out the bankruptcy case and caused the parties to continue
27   incurring significant fees relating to Differential's bogus claims. (ECF no. 205.)
28   GLA, of course, was required to incur significant fees regarding preparation of the

appellate record and preparing an appellate brief, as well as prepare for and attend oral argument. The Bankruptcy Appellate Panel affirmed this Court's order disallowing Differential's claims in their entirety.

12.    I am and have been the primary attorney representing GLA in this matter. The work related to GLA's Objections was done in 2021 and 2022. My normal hourly rate in those years was $650 and $690, respectively. However, as a courtesy to GLA, we provided an across the board 5% discount on my firm's fees for this matter starting in around 2019. So GLA was billed for time at $617.50 per hour in 2021 and $655.50 per hour in 2022. GLA has paid all invoices in full for those years.

13.    Attached hereto as **Exhibit 1** are copies of actual invoices our firm sent to GLA. For this matter. However, the original invoices included time for all work relating to the bankruptcy case and GLA's overall dispute with the parties. Some of this work was not directly related to the Objections. Therefore, I have caused to be redacted from the original invoices all time entries that were not directly related to GLA's Objections. Of course, I have also removed the time billed for all but the remaining time entries. For days in which all of the work was directly related to the Objections, the billed hours in the attached invoices are the same as on the original invoices. For days in which some of the work was directly related to GLA's Objections, time entries that were not directly related to GLA's Objections have been redacted, and the hours have been reduced to reflect only time directly related to the Objections. Therefore, the detailed time entries in the attached redacted invoices reflect only time that was directly related to litigating the Objections, and the amounts reflected are only amounts that were directly related to litigating the Objections.

14.    I have had assistance from others at my firm with respect to this matter, including on issues that were directly related to the Objections. Although I believe GLA should be entitled to reimbursement for fees for those other professionals as

1  well, since I have been the primary attorney with by far the most significant amount

2  of work, I am not including time for those professionals in an effort to streamline

3  this process.

4       15.    In addition to the summary above of the various work that was

5  performed relating to the Objections, the time entries attached hereto show further

6  detail of exactly what work was performed, billed and paid, and the amounts

7  therefor. The total number of hours invoiced for all of the work in the attached was

8  170.2 hours in 2021 at the hourly rate of $617.50 and 51.8 hours in 2022 at the rate

9  hourly rate of $655.50. Thus, the total amount invoiced and sought is $105,098.50

10  (for 2021) + $33,954.90 (for 2022) = **$139,053.40.**

11       16.    Based on my level of experience and the complexity of the litigation

12  involving the Objections, I believe the hourly rates set forth above and reflected in

13  the invoices and the number of hours billed are reasonable.

14       17.    I have been practicing law, mostly in California, for more than 33

15  years. I was previously admitted in Texas, and have been admitted *pro hac vice* in

16  numerous federal courts throughout the United States, including this Court and the

17  United States District Court in Nevada.

18       18.    My practice has focused on intellectual property litigation and other

19  complex litigation. I was the lead attorney in the underlying litigation in which GLA

20  obtained a Judgement against MRS. A noted above, that litigation involved complex

21  intellectual property and other issues. Given that many of the complex intellectual

22  property and other issues carried over in this bankruptcy case, and GLA's

23  Objections in particular, it made sense for me to remain as the lead attorney in the

24  bankruptcy case.

25       19.    I am generally familiar with the rates charged by intellectual property

26  litigators based in Southern California, and based thereon, understand that $690 an

27  hour for an intellectual property litigator with 33 years' experience is lower than

28  most, particularly for a firm the size of ours (approximately 140 attorneys). For

example, a District Court in the Central District of California recently found in an intellectual property case that an hourly rate of $810 was reasonable for an attorney with 15 years of experience. The Court referred to a Thomson Reuters Public Rates Report that showed hourly rates for attorneys in the Central District of California ranging from $320 to $1,145 depending on seniority. *Notorious B.I.G. v. Yes Snowboards*, 2023 WL 4681570, *5 (C.D. Cal. 2023).

20.    I understand, however, that the Court will also likely consider the invoices in this case in light of reasonable rates in Nevada, and that the Court may look to what other Courts in this District have found to be reasonable.

21.    As noted in the cases cited in GLA's Motion, I understand many District and Bankruptcy Courts in Nevada have found hourly rates ranging from approximately $600 to approximately $800 to be reasonable. Given the complexity of this bankruptcy matter, which included complex intellectual property issues and complex issues relating to the relationship among MRS, Differential and the Seals, and the results obtained, which results benefitted all creditors and the Trustee, I believe the hourly rates and the number of hours spent is reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 8, 2023, at Irvine, California.

_____
Ronald P. Oines

## **CERTIFICATE OF SERVICE**

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am employee of KAEMPFER CROWELL, that I am over the age of 18 and not a party to the above-referenced case, and that on September 8, 2023 I filed and served the foregoing **DECLARATION OF RONALD P. OINES IN SUPPORT OF CREDITOR GEO-LOGIC ASSOCIATES, INC.'S MOTION TO ALLOW GLA'S ADMINISTRATIVE EXPENSES INCURRED OBJECTING TO DIFFERENTIAL ENGINEERING, INC.'S CLAIMS** as indicated below:

_X_    **BY NOTICE OF ELECTRONIC FILING:** Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through Notice of Electronic Case Filing System, automatically generated by that Court's facilities.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 8, 2023

_____/s/ Louis M. Bubala III_____

An Employee of

KAEMPFER CROWELL

Rutan & Tucker, LLP
*attorneys at law*

2118/025147-0032
19471831.1 a09/08/23

-8-

# EXHIBIT 1

# EXHIBIT 1

**TAXPAYERS ACCOUNT**
NO 95-3519027

# RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW

A PARTNERSH P INCLUDING PROFESSIONAL CORPORATIONS

18575 JAMBOREE ROAD, 9TH FLOOR
IRVINE, CALIFORNIA 92612-2559
(714) 641-5100

Geo-Logic Associates, Inc.
2777 E. Guasti, Suite No. 1
Ontario, CA  91761

| | |
|---|---|
| Invoice No. | 892089 |
| Account No. | 025147-0032 |
| Billing Atty. | Ronald Oines |
| Date | March 12, 2021 |
| Page | 1 |

RE: Metal Recovery Solutions, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2021



02/01/21

02/02/21

02/03/21

02/04/21    Ronald Oines
            Outline grounds for objection to proofs of claim and
            gather pertinent legal support for same;

            1.00

02/05/21

02/05/21

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

## RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW

Geo-Logic Associates, Inc.                                          March 12, 2021
Metal Recovery Solutions, Inc.                               Invoice No. 892089
025147-0032                                                              Page No. 2

---



02/08/21

02/09/21

02/11/21

02/16/21

02/22/21    Ronald Oines                                                    0.80
            review documents and
            prepare spreadsheet of payments and alleged amounts
            due to support objection to Differential's claims.

02/23/21

02/24/21    Ronald Oines                                                    0.50
            review
            materials to support objections to Differential's claims;
            conference regarding strategies for same.

02/25/21

02/26/21

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP

### ATTORNEYS AT LAW

A PARTNERSH P INCLUDING PROFESSIONAL CORPORATIONS

18575 JAMBOREE ROAD, 9TH FLOOR
IRVINE, CALIFORNIA 92612-2559
(714) 641-5100

Geo-Logic Associates, Inc.
2777 E. Guasti, Suite No. 1
Ontario, CA  91761

| | |
|---|---|
| Invoice No. | 894427 |
| Account No. | 025147-0032 |
| Billing Atty. | Ronald Oines |
| Date | April 14, 2021 |
| Page | 1 |

RE: Metal Recovery Solutions, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2021



| Date | Description | Hours |
|---|---|---|
| 03/01/21 | Ronald Oines<br>Prepare summary of arguments and law to support objections to Differential's claims and strategies for proceeding; legal research regarding same. | 2.20 |
| 03/02/21 | ███████████████████████████ | ██ |
| 03/02/21 | ███████████████████████████ | ██ |
| 03/03/21 | Ronald Oines<br>████████████████████████ prepare legal brief supporting objections to Differential's claims for Trustee's counsel. | 2.40 |
| 03/04/21 | Ronald Oines<br>Prepare legal brief to support objections to Differential's claims for Trustee; continue review of facts and law regarding same. | 3.60 |
| 03/05/21 | Ronald Oines<br>Continue preparing legal brief supporting objections to Differential's claims for trustee; ███████████ | 1.40 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP

ATTORNEYS AT LAW

A PARTNERSH P INCLUDING PROFESSIONAL CORPORATIONS

18575 JAMBOREE ROAD, 9TH FLOOR
IRVINE, CALIFORNIA 92612-2559
(714) 641-5100

Geo-Logic Associates, Inc.
2777 E. Guasti, Suite No. 1
Ontario, CA  91761

| | |
|---|---|
| Invoice No. | 897376 |
| Account No. | 025147-0032 |
| Billing Atty. | Ronald Oines |
| Date | May 17, 2021 |
| Page | 1 |

RE: Metal Recovery Solutions, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2021



04/02/21

04/05/21

04/06/21

04/07/21

04/08/21

04/09/21

04/13/21      Ronald Oines

1.20

review and revise Objections to Differential's claim and legal research regarding key authorities;

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

Geo-Logic Associates, Inc.
Metal Recovery Solutions, Inc.
025147-0032

May 17, 2021
Invoice No. 897376
Page No. 2



| Date | | Hours |
|---|---|---|
| 04/14/21 | | |
| 04/15/21 | Ronald Oines — Review and revise Brief in support of Objections to Differential's claims; prepare Declaration and evidence in support thereof. | 2.80 |
| 04/16/21 | Ronald Oines — Prepare Declaration and evidence in support of Objections to Differential's claims; review and revise brief in support of Objections; review and summarize key legal authority. | 3.00 |
| 04/19/21 | | |
| 04/20/21 | Ronald Oines — Continue preparing brief in support of objections to Differential's claims. | 2.80 |
| 04/21/21 | Ronald Oines — Continue preparing brief in support of Objections to Differential's claims; | 2.00 |
| 04/22/21 | | |
| 04/22/21 | | |
| 04/26/21 | | |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**TAXPAYERS ACCOUNT**
NO 95-3519027

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

A PARTNERSH P INCLUDING PROFESSIONAL CORPORATIONS

18575 JAMBOREE ROAD, 9TH FLOOR
IRVINE, CALIFORNIA 92612-2559
(714) 641-5100

| | |
|---|---|
| Geo-Logic Associates, Inc. | Invoice No.    899832 |
| 2777 E. Guasti, Suite No. 1 | Account No.    025147-0032 |
| Ontario, CA  91761 | Billing Atty.   Ronald Oines |
| | Date              June 16, 2021 |
| | Page              1 |

RE: Metal Recovery Solutions, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2021



| | | |
|---|---|---|
| 05/03/21 | ███████ | ██ |
| 05/03/21 | ███████ | ██ |
| 05/04/21 | Ronald Oines ██████ revise legal brief in support of Objections to Differential's claims in light of newly produced tax records of MRS. | 0.60 |
| 05/05/21 | Ronald Oines ██████ review and revise legal brief in support of objections to Differential's claims. | 1.20 |
| 05/05/21 | ███████ | ██ |
| 05/06/21 | ███████ | ██ |
| 05/07/21 | Ronald Oines Review and cite to evidence to support legal brief in support of Objections to Differential's claims; emails regarding same and strategies. | 1.00 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

Geo-Logic Associates, Inc.                                              June 16, 2021
Metal Recovery Solutions, Inc.                                    Invoice No. 899832
025147-0032                                                              Page No. 2

---

05/07/21    ███████████████████                          ███

            ████████████████████████████████████
            ██████████████████████████

05/14/21    ███████████████                              ███
            ██████████████████████████

05/21/21    Ronald Oines                                          0.40
            Review and comment on revised brief in support of
            objections to Differential's claims.


                                     Total Hours         ███
                         Total Professional Services     ████████
                                                         █████████████████

████████████████████████████████

        ██████████                      ███

                    ████████████████         ████

██
██████████████████████                           ██████████
██
██████████████████████
██████████████████████
██████████████████████                     ████████
██████████████████████                              ███
██████████████████████
██████████████████████               ──────
██████████                                     ████████

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**TAXPAYERS ACCOUNT**
NO 95-3519027

# RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW
A PARTNERSH P INCLUDING PROFESSIONAL CORPORATIONS

18575 JAMBOREE ROAD, 9TH FLOOR
IRVINE, CALIFORNIA 92612-2559
(714) 641-5100

Geo-Logic Associates, Inc.
2777 E. Guasti, Suite No. 1
Ontario, CA  91761

| | |
|---|---|
| Invoice No. | 901818 |
| Account No. | 025147-0032 |
| Billing Atty. | Ronald Oines |
| Date | July 14, 2021 |
| Page | 1 |

RE: Metal Recovery Solutions, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2021



| 06/02/21 | | |
|---|---|---|
| 06/14/21 | Ronald Oines | 0.80 |
| | Review and comment on proposed revisions to brief and evidence in support of objections to Differential's claims. | |
| 06/18/21 | | |
| 06/22/21 | | |
| 06/23/21 | | |
| 06/25/21 | | |
| 06/28/21 | | |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

Geo-Logic Associates, Inc.                                                July 14, 2021
Metal Recovery Solutions, Inc.                                    Invoice No. 901818
025147-0032                                                               Page No. 2



06/30/21    Ronald Oines                                                    0.20
            Emails regarding manner of proceeding with Objections
            to Differential's claims and discovery regarding same.

Total Hours
Total Professional Services

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

TAXPAYERS ACCOUNT
NO 95-3519027

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

A PARTNERSH P INCLUDING PROFESSIONAL CORPORATIONS

18575 JAMBOREE ROAD, 9TH FLOOR
IRVINE, CALIFORNIA 92612-2559
(714) 641-5100

Geo-Logic Associates, Inc.
2777 E. Guasti, Suite No. 1
Ontario, CA  91761

| | |
|---|---|
| Invoice No. | 903962 |
| Account No. | 025147-0032 |
| Billing Atty. | Ronald Oines |
| Date | August 6, 2021 |
| Page | 1 |

RE: Metal Recovery Solutions, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2021



07/14/21    Ronald Oines                                                    0.50
            Prepare for depositions of Differential and MRS relating
            to GLA's objections to Differential's claims.

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

## RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

Geo-Logic Associates, Inc.
Metal Recovery Solutions, Inc.
025147-0032

August 6, 2021
Invoice No. 903962
Page No. 2



07/16/21    Ronald Oines                                          1.80
                Review documents to prepare for depositions of MRS
                and Differential.

07/19/21    Ronald Oines                                          1.20
                Review documents to prepare for depositions of
                Differential and MRS.

07/21/21

07/22/21

07/23/21

07/23/21

07/26/21

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

# RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW

Geo-Logic Associates, Inc.
Metal Recovery Solutions, Inc.
025147-0032

August 6, 2021
Invoice No. 903962
Page No. 4



| 07/30/21 | Ronald Oines | 0.30 |
| | Review Differential's motion for order shortening time on hearing of discovery motion; emails regarding same and other issues. | |

Total Hours
Total Professional Services

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP

ATTORNEYS AT LAW

A PARTNERSH P INCLUDING PROFESSIONAL CORPORATIONS

18575 JAMBOREE ROAD, 9TH FLOOR
IRVINE, CALIFORNIA 92612-2559
(714) 641-5100

Geo-Logic Associates, Inc.
2777 E. Guasti, Suite No. 1
Ontario, CA 91761

| | |
|---|---|
| Invoice No. | 906550 |
| Account No. | 025147-0032 |
| Billing Atty. | Ronald Oines |
| Date | September 8, 2021 |
| Page | 1 |

RE: Metal Recovery Solutions, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2021



| | | |
|---|---|---|
| 08/02/21 | | |
| 08/02/21 | | |
| 08/03/21 | Ronald Oines | 0.80 |
| | Review and analyze Differential's motion to quash and outline opposition thereto; emails regarding motion hearings and depositions and manner of proceeding. | |
| 08/04/21 | Ronald Oines | 0.80 |
| | Prepare Opposition to Differential's Motion to Quash Subpoenas. | |
| 08/05/21 | | |
| 08/06/21 | | |
| 08/09/21 | Ronald Oines | 0.90 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

# RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW

Geo-Logic Associates, Inc.                          September 8, 2021
Metal Recovery Solutions, Inc.                      Invoice No. 906550
025147-0032                                         Page No. 2

---

Prepare Opposition to Motion to Quash.

08/10/21     Ronald Oines                                        3.20
             Prepare Opposition to Motion to Quash; research facts
             and law regarding same; emails regarding same and
             other matters.



08/10/21

08/11/21

08/12/21

08/12/21

08/13/21     Ronald Oines                                        0.40
             Review Declaration of M. Lehrers is support of
             opposition to motion to quash; review final opposition
             and conference regarding strategies for same.

08/16/21     Ronald Oines                                        0.50
             Review Differential's Reply brief in support of motion to
             quash; prepare for hearing thereon.

08/16/21

08/17/21

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

Geo-Logic Associates, Inc.
Metal Recovery Solutions, Inc.
025147-0032

September 8, 2021
Invoice No. 906550
Page No. 3



| Date | | | |
|---|---|---|---|
| 08/18/21 | Ronald Oines | Review Court's Order regarding Motion to Quash, Claim Objections and other issues; | 0.20 |
| 08/19/21 | Ronald Oines | Review and revise stipulation regarding GLA's authority to pursue objections to Differential's claims; | 0.40 |
| 08/20/21 | Ronald Oines | Review Court's Order on stipulation regarding GLA's objections to Differential's claims. | 0.10 |
| 08/24/21 | | | |
| 08/24/21 | | | |
| 08/25/21 | Ronald Oines | Review Differential's Opposition to GLA's Objections to Differential's claims and evidence re same; prepare Reply Brief. | 2.00 |
| 08/25/21 | | | |
| 08/26/21 | Ronald Oines | Prepare Reply brief in support of GLA's Objections to Differential's claims. | 1.40 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

# RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

Geo-Logic Associates, Inc.
Metal Recovery Solutions, Inc.
025147-0032

September 8, 2021
Invoice No. 906550
Page No. 4

---



| 08/27/21 | Ronald Oines | 4.00 |
| | Continue preparing Reply Brief in support of Objections to Differential's claims. | |
| 08/27/21 | ██████████████████████████████ | ██ |
| 08/30/21 | ██████████████████████████████ | ██ |
| 08/30/21 | ██████████████████████████████ | ██ |
| 08/31/21 | Ronald Oines | 0.50 |
| | Review and revise Reply brief and evidence in support of Objections to Differential's claims; emails regarding same. | |

Total Hours ██
Total Professional Services ██████

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**TAXPAYERS ACCOUNT**
NO 95-3519027

# RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW

A PARTNERSH P INCLUDING PROFESSIONAL CORPORATIONS

18575 JAMBOREE ROAD, 9TH FLOOR
IRVINE, CALIFORNIA 92612-2559
(714) 641-5100

Geo-Logic Associates, Inc.
2777 E. Guasti, Suite No. 1
Ontario, CA  91761

| | |
|---|---|
| Invoice No. | 910108 |
| Account No. | 025147-0032 |
| Billing Atty. | Ronald Oines |
| Date | October 19, 2021 |
| Page | 1 |

RE: Metal Recovery Solutions, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2021



| 09/01/21 | | |
|---|---|---|

| 09/03/21 | Ronald Oines | 1.80 |
|---|---|---|
| | Review briefing and evidence to prepare for hearing on Objections to Differential's claims. | |

| 09/07/21 | Ronald Oines | 2.40 |
|---|---|---|
| | Participate in hearing on GLA's Objections to Differential's claims, scheduling, discovery protocols and manner of proceeding; prepare summary of same; review briefs and other materials to prepare for same. | |

| 09/08/21 | | |
|---|---|---|
| 09/08/21 | | |
| 09/09/21 | | |
| 09/10/21 | | |
| 09/13/21 | | |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

# RUTAN & TUCKER, LLP
## ATTORNEYS AT LAW

Geo-Logic Associates, Inc.
Metal Recovery Solutions, Inc.
025147-0032

October 19, 2021
Invoice No. 910108
Page No. 2



09/14/21

09/15/21

09/15/21

09/16/21     Ronald Oines                                          3.80
             Review documents to prepare for depositions.

09/17/21

09/18/21

09/20/21

09/22/21

09/22/21

09/23/21

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

# RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW

Geo-Logic Associates, Inc.
Metal Recovery Solutions, Inc.
025147-0032

October 19, 2021
Invoice No. 910108
Page No. 3

---



| Date | Description | Hours |
|------|-------------|-------|
| 09/23/21 | | |
| 09/24/21 | Ronald Oines<br>    Review documents and other materials to prepare for depositions and briefing on Objections. | 2.20 |
| 09/27/21 | Ronald Oines<br>    Continue review of documents to prepare for depositions. | 2.60 |
| 09/27/21 | | |
| 09/28/21 | | |
| 09/28/21 | | |
| 09/29/21 | | |
| 09/29/21 | | |
| 09/30/21 | Ronald Oines<br>    Review new documents produced by Differential and additional documents to prepare for deposition and supplemental briefing regarding Objections to Differential's claims in bankruptcy. | 2.00 |
| 09/30/21 | | |

Total Hours
Total Professional Services

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

**TAXPAYERS ACCOUNT**
NO 95-3519027

# RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW

A PARTNERSH P INCLUDING PROFESSIONAL CORPORATIONS

18575 JAMBOREE ROAD, 9TH FLOOR
IRVINE, CALIFORNIA 92612-2559
(714) 641-5100

Geo-Logic Associates, Inc.
2777 E. Guasti, Suite No. 1
Ontario, CA 91761

| | |
|---|---|
| Invoice No. | 912109 |
| Account No. | 025147-0032 |
| Billing Atty. | Ronald Oines |
| Date | November 9, 2021 |
| Page | 1 |

RE: Metal Recovery Solutions, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2021



| 10/01/21 | | |
|---|---|---|
| 10/04/21 | Ronald Oines<br>Take deposition of Differential Engineering; prepare for same. | 7.00 |
| 10/05/21 | Ronald Oines<br>Attend day 2 of deposition of Differential and MRS; prepare for same; review rough transcript to prepare briefing for objections to claims; | 4.80 |
| 10/06/21 | | |
| 10/11/21 | | |
| 10/11/21 | | |
| 10/12/21 | Ronald Oines<br>Conferences regarding supplemental brief in support of claim objections and manner of proceeding. | 0.50 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

# RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW

Geo-Logic Associates, Inc.
Metal Recovery Solutions, Inc.
025147-0032

November 9, 2021
Invoice No. 912109
Page No. 2

---



| 10/12/21 | | |
|---|---|---|
| 10/13/21 | | |
| 10/14/21 | | |
| 10/15/21 | | |
| 10/18/21 | | |

| 10/20/21 | Ronald Oines | 3.80 |

review Seal's deposition transcripts for support for supplemental reply brief in support of GLA's objections to Differential's claims; prepare supplemental brief in support of Objections.

| 10/21/21 | Ronald Oines | 1.00 |

Prepare Reply Brief in support of Objections to claims; review deposition transcripts and documents regarding same; emails regarding same and manner of proceeding.

| 10/22/21 | Ronald Oines | 2.00 |

Review evidence for Reply brief in support of objections; prepare outline of examination for evidentiary hearing; review Trustee's supplemental brief re GLA's objections.

| 10/22/21 | | |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement. An additional statement covering such disbursements will be furnished to you. The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk, litigation support specialist, document clerk, or other paraprofessional.

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

Geo-Logic Associates, Inc.
Metal Recovery Solutions, Inc.
025147-0032

November 9, 2021
Invoice No. 912109
Page No. 3



| Date | | Amount |
|---|---|---|
| 10/23/21 | Ronald Oines<br>Review Differential's supplemental brief; emails regarding same and manner of proceeding. | 0.40 |
| 10/24/21 | | |
| 10/25/21 | Ronald Oines<br>Continue preparing Reply brief in support of objections; review evidence and research regarding same; begin preparing Exhibit list. | 5.00 |
| 10/25/21 | | |
| 10/26/21 | Ronald Oines<br>Review and revise declaration in support of reply re Objections to Differential's claims and reply brief; emails regarding same. | 1.20 |
| 10/27/21 | Ronald Oines<br>Review Differential's Reply brief to Trustee's supplemental brief; | 1.60 |
| 10/27/21 | | |
| 10/28/21 | Ronald Oines<br>Review Exhibits for Evidentiary Hearing; emails and conferences regarding deposition designations, witness lists and other issues; prepare cross-examination outline for Evidentiary Hearing; review Seal's Declarations in prior cases for impeachment. | 4.20 |
| 10/28/21 | | |
| 10/29/21 | | |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

Geo-Logic Associates, Inc.                                      November 9, 2021
Metal Recovery Solutions, Inc.                                 Invoice No. 912109
025147-0032                                                         Page No. 4

---

██████████████████████████████

10/29/21      Ronald Oines                                              1.20
              Review and revise Exhibit list and deposition
              designations for evidentiary hearing; emails regarding
              same.

                                          Total Hours          ████
                                 Total Professional Services         ████████

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**TAXPAYERS ACCOUNT**
NO 95-3519027

# **R**UTAN & **T**UCKER, LLP

ATTORNEYS AT LAW

A PARTNERSH P INCLUDING PROFESSIONAL CORPORATIONS

18575 JAMBOREE ROAD, 9TH FLOOR
IRVINE, CALIFORNIA 92612-2559
(714) 641-5100

| | |
|---|---|
| Geo-Logic Associates, Inc. | |
| 2777 E. Guasti, Suite No. 1 | |
| Ontario, CA  91761 | |

| | |
|---|---|
| Invoice No. | 914330 |
| Account No. | 025147-0032 |
| Billing Atty. | Ronald Oines |
| Date | December 6, 2021 |
| Page | 1 |

RE: Metal Recovery Solutions, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2021

| | | |
|---|---|---|
| 11/01/21 | Ronald Oines<br>  Revise deposition designations and exhibit list for evidentiary hearing. | 2.20 |
| 11/02/21 | Ronald Oines<br>  Review transcripts of several depositions to prepare for evidentiary hearing on objections to Differential's claims. | 1.60 |
| 11/03/21 | Ronald Oines<br>  Prepare witness outline for evidentiary hearing; review documents regarding same. | 3.80 |
| 11/04/21 | Ronald Oines<br>  Continue reviewing materials to prepare for Evidentiary Hearing. | 3.80 |
| 11/05/21 | ████████████████████ | ██ |
| 11/08/21 | Ronald Oines<br>  Continue preparing for Evidentiary hearing on GLa's objections to Differential's claims. | 2.80 |
| 11/09/21 | Ronald Oines<br>  Continue preparing for Evidentiary Hearing; review and revise hearing exhibit list; emails regarding same. | 3.20 |
| 11/10/21 | Ronald Oines<br>  Prepare outline of Opening Statement for Hearing on Objections to claims; conferences with G. Lass and S. Morrow regarding various issues and strategies; review key cases from bankruptcy courts regarding objections and burdens of the parties. | 3.00 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

# RUTAN & TUCKER, LLP
#### ATTORNEYS AT LAW

Geo-Logic Associates, Inc.                                    December 6, 2021
Metal Recovery Solutions, Inc.                              Invoice No. 914330
025147-0032                                                        Page No. 2

---

| | | |
|---|---|---|
| 11/11/21 | Ronald Oines<br>Review prior testimony to prepare for Evidentiary Hearing. | 3.00 |
| 11/12/21 | Ronald Oines<br>Continue preparing opening statement and cross examination for Evidentiary hearing; review pertinent case authority for key issues; ██████████ | 3.00 |
| 11/14/21 | Ronald Oines<br>Continue preparing for Evidentiary hearing. | 2.00 |
| 11/15/21 | Ronald Oines<br>Attend Day 1 of Evidentiary hearing on GLA's objections to Differential's claims; prepare for same and prepare for Day 2; review exhibits to prepare for meet and confer regarding objections to same. | 7.50 |
| 11/16/21 | Ronald Oines<br>Attend Day 2 of Evidentiary Hearing; prepare for same; review exhibits and meet and confer about objections and introduction of exhibits into evidence. | 7.20 |
| 11/17/21 | Ronald Oines<br>Prepare for day 3 of Evidentiary Hearing, including closing argument; review pertinent fact and supporting law for key arguments. | 3.60 |
| 11/18/21 | Ronald Oines<br>Prepare oral argument and further cross-examination for day 3 of Evidentiary Hearing; review evidence and key legal authorities. | 4.00 |
| 11/19/21 | Ronald Oines<br>Attend day 3 of Evidentiary Hearing; prepare for same; conferences and emails regarding several issues going forward. | 6.40 |
| 11/22/21 | ████████████████ | ██ |
| 11/22/21 | ████████████████ | ██ |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

# RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW

Geo-Logic Associates, Inc.
Metal Recovery Solutions, Inc.
025147-0032

December 6, 2021
Invoice No. 914330
Page No. 3

---

| 11/23/21 | Ronald Oines | 1.50 |
|---|---|---|
| | Prepare opening Post-Hearing Brief in support of Objections to Differential's claims. | |

11/24/21 ███ █████████████████████ ███

11/27/21 ██████████████████ ███

| 11/29/21 | Ronald Oines | ███ |
|---|---|---|
| | Prepare Opening post-hearing brief in support of objections to Differential's claims; █████████ | 0.50 |

| 11/30/21 | Ronald Oines | 0.80 |
|---|---|---|
| | Review evidence and pertinent law for support for post-hearing brief. | |

Total Hours ███ ███
Total Professional Services ██████ 

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**TAXPAYERS ACCOUNT**
NO 95-3519027

# RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW

A PARTNERSH P INCLUDING PROFESSIONAL CORPORATIONS

18575 JAMBOREE ROAD, 9ᵀᴴ FLOOR
IRVINE, CALIFORNIA 92612-2559
(714) 641-5100

Geo-Logic Associates, Inc.
2777 E. Guasti, Suite No. 1
Ontario, CA  91761

| | |
|---|---|
| Invoice No. | 917038 |
| Account No. | 025147-0032 |
| Billing Atty. | Ronald Oines |
| Date | January 10, 2022 |
| Page | 1 |

RE: Metal Recovery Solutions, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2021

| Date | | Hours |
|---|---|---|
| 12/01/21 | Ronald Oines<br>Prepare opening post-hearing brief in support of Objections to Differential's claims; review evidence regarding same. | 2.80 |
| 12/02/21 | Ronald Oines<br>Review evidence from Evidentiary Hearing; continue preparing opening post-hearing brief. | 3.40 |
| 12/03/21 | Ronald Oines<br>Review transcripts of evidentiary hearing for support in post hearing brief; review and revise brief. | 2.40 |
| 12/06/21 | Ronald Oines<br>Review and finalize Opening post-hearing brief in support of Objections to Differential's claims; ███ | ███<br>1.40 |
| 12/07/21 | ███████ | ███ |
| 12/08/21 | ███████ | ███ |
| 12/09/21 | ███████ | ███ |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

Geo-Logic Associates, Inc.
Metal Recovery Solutions, Inc.
025147-0032

January 10, 2022
Invoice No. 917038
Page No. 2

---



| Date | | Hours |
|------|--|-------|
| 12/13/21 | ███████████████████████ | ███ |
| 12/14/21 | ███████████████████████ | ███ |
| 12/15/21 | ███████████████████████ | ███ |
| 12/20/21 | ███████████████████████ | ███ |
| 12/22/21 | Ronald Oines | 0.30 |
| | Review Differential's post-hearing Opposition brief; outline Reply to same. | |
| 12/23/21 | Ronald Oines | 1.40 |
| | Review Differential's Opposition Brief in support of Differential's claims; prepare Reply brief. | |
| 12/27/21 | Ronald Oines | 1.40 |
| | Further review and analysis of Differential's Opposition brief; prepare Reply brief in support of objections; review and distinguish cases cited by Differential. | |
| 12/28/21 | Ronald Oines | 2.80 |
| | Continue preparing Reply brief in support of Objections to claims; review and analyze Differential's cases and pertinent evidence. | |
| 12/29/21 | ███████████████████████ | ███ |
| 12/30/21 | ███████████████████████ | ███ |

Total Hours ███

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

TAXPAYERS ACCOUNT
NO 95-3519027

## RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSH P INCLUDING PROFESSIONAL CORPORATIONS

18575 JAMBOREE ROAD, 9TH FLOOR
IRVINE, CALIFORNIA 92612-2559
(714) 641-5100

Geo-Logic Associates, Inc.
2777 E. Guasti, Suite No. 1
Ontario, CA  91761

| | |
|---|---|
| Invoice No. | 919640 |
| Account No. | 025147-0032 |
| Billing Atty. | Ronald Oines |
| Date | February 10, 2022 |
| Page | 1 |

RE: Metal Recovery Solutions, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2022



| | | |
|---|---|---|
| 01/04/22 | | |
| 01/05/22 | Ronald Oines<br>Review and revise Reply Brief in support of Objections to Differential's claims. | 0.80 |
| 01/07/22 | Ronald Oines<br>Review Trustee's Reply Brief regarding objections to Differential's claims; emails regarding same. | 0.60 |
| 01/12/22 | | |
| 01/21/22 | | |
| 01/21/22 | | |
| 01/21/22 | | |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW

A PARTNERSH P INCLUDING PROFESSIONAL CORPORATIONS

18575 JAMBOREE ROAD, 9TH FLOOR
IRVINE, CALIFORNIA 92612-2559
(714) 641-5100

| | | |
|---|---|---|
| Geo-Logic Associates, Inc. | Invoice No. | 927318 |
| 2777 E. Guasti, Suite No. 1 | Account No. | 025147-0032 |
| Ontario, CA  91761 | Billing Atty. | Ronald Oines |
| | Date | May 10, 2022 |
| | Page | 1 |

RE: Metal Recovery Solutions, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2022

04/01/22    Ronald Oines                                                1.50
            Review Court's Order sustaining GLA's objections to
            Differential's profs of claim; emails and conferences
            regarding same and manner of proceeding.



04/04/22

04/05/22

04/05/22

04/06/22

04/06/22

04/07/22

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

# RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW

Geo-Logic Associates, Inc.
Metal Recovery Solutions, Inc.
025147-0032

July 7, 2022
Invoice No. 932701
Page No. 2



| Date | | Hours |
|------|--|-------|
| 06/17/22 | | |
| 06/20/22 | | |
| 06/22/22 | | |
| 06/27/22 | Ronald Oines | 2.00 |
| | Review case authority for standard of review on appeal; prepare portion of appellate brief addressing standard of review; review and analyze Bankruptcy Court's opinion on GLA's objections to Differential's claims and outline summary for appellate brief. | |
| 06/28/22 | Ronald Oines | 1.00 |
| | Prepare procedure and background sections of appellate brief; review materials regarding same. | |
| 06/29/22 | Ronald Oines | 1.60 |
| | Review and analyze Differential's opening appellate brief; conference regarding same and strategies for same and other issues in bankruptcy. | |
| 06/30/22 | Ronald Oines | 2.20 |
| | Outline arguments in response to Differential's appellate brief; research legal authorities cited by Differential. | |

Total Hours
Total Professional Services

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**TAXPAYERS ACCOUNT**
NO 95-3519027

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

A PARTNERSH P INCLUDING PROFESSIONAL CORPORATIONS

18575 JAMBOREE ROAD, 9TH FLOOR
IRVINE, CALIFORNIA 92612-2559
(714) 641-5100

| | |
|---|---|
| Geo-Logic Associates, Inc.<br>2777 E. Guasti, Suite No. 1<br>Ontario, CA  91761 | Invoice No.  935381<br>Account No.  025147-0032<br>Billing Atty.  Ronald Oines<br>Date  August 4, 2022<br>Page  1 |

RE: Metal Recovery Solutions, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2022



| Date | | |
|---|---|---|
| 07/05/22 | ███████████████████████████ | ██ |
| 07/06/22 | Ronald Oines<br>Prepare opening appellate brief; review portions of<br>Appendix submitted by Differential; ████████ | 4.50 |
| 07/06/22 | ███████████████████████████ | ██ |
| 07/07/22 | Ronald Oines<br>Continue preparing Appellate Brief; review materials<br>regarding same. | 3.20 |
| 07/08/22 | Ronald Oines<br>Continue preparing Appellate Brief; review transcripts<br>and other materials regarding same. | 2.30 |
| 07/11/22 | Ronald Oines<br>██████████████ continue preparing<br>Appellate Brief; | 3.00 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

Geo-Logic Associates, Inc.                                        August 4, 2022
Metal Recovery Solutions, Inc.                            Invoice No. 935381
025147-0032                                                          Page No. 2



07/11/22

07/12/22    Ronald Oines                                                              3.00
            Continue preparing Appellate Brief; review appellate
            record regarding same;

07/12/22

07/13/22    Ronald Oines                                                              2.20
            Continue preparing Appellate Brief;

07/14/22

07/14/22

07/15/22

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

# RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW

Geo-Logic Associates, Inc.                                      August 4, 2022
Metal Recovery Solutions, Inc.                          Invoice No. 935381
025147-0032                                                         Page No. 3

---



07/18/22

07/19/22    Ronald Oines                                              1.00
                 Emails regarding Appellate Brief; make final revisions to
                 same; review portions of hearing transcript.

07/21/22

07/22/22

07/22/22

07/25/22

07/25/22

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

Geo-Logic Associates, Inc.                                    August 4, 2022
Metal Recovery Solutions, Inc.                          Invoice No. 935381
025147-0032                                                        Page No. 4

---



07/26/22

07/26/22

07/27/22

07/27/22

07/29/22    Ronald Oines                                    0.60
            Review Trustee's Opening Appellate Brief.

07/29/22

                                    Total Hours
                            Total Professional Services

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**TAXPAYERS ACCOUNT**
NO 95-3519027

### RUTAN & TUCKER, LLP
ATTORNEYS AT LAW

A PARTNERSH P INCLUDING PROFESSIONAL CORPORATIONS

18575 JAMBOREE ROAD, 9ᵀᴴ FLOOR
IRVINE, CALIFORNIA 92612-2559
(714) 641-5100

Geo-Logic Associates, Inc.
2777 E. Guasti, Suite No. 1
Ontario, CA  91761

| | |
|---|---|
| Invoice No. | 937892 |
| Account No. | 025147-0032 |
| Billing Atty. | Ronald Oines |
| Date | September 8, 2022 |
| Page | 1 |

RE: Metal Recovery Solutions, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2022



08/01/22

08/01/22

08/03/22    Ronald Oines                                                    0.80
                Review Differential's Reply Brief; emails regarding
                same.

08/03/22

08/04/22

08/04/22

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

# RUTAN & TUCKER, LLP
### ATTORNEYS AT LAW

Geo-Logic Associates, Inc.
Metal Recovery Solutions, Inc.
025147-0032

September 8, 2022
Invoice No. 937892
Page No. 2



| | | |
|---|---|---|
| 08/05/22 | | |
| 08/05/22 | | |
| 08/09/22 | | |
| 08/10/22 | | |
| 08/10/22 | | |
| 08/11/22 | | |
| 08/12/22 | Ronald Oines | 1.00 |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

Geo-Logic Associates, Inc.
Metal Recovery Solutions, Inc.
025147-0032

September 8, 2022
Invoice No. 937892
Page No. 3

Review Differential's brief in reply to Trustee's appellate brief; outline responses to same.



08/15/22

08/15/22

08/17/22

08/18/22

08/18/22

08/22/22

08/22/22

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

TAXPAYERS ACCOUNT
NO 95-3519027

# RUTAN & TUCKER, LLP

ATTORNEYS AT LAW

A PARTNERSH P INCLUDING PROFESSIONAL CORPORATIONS

18575 JAMBOREE ROAD, 9TH FLOOR
IRVINE, CALIFORNIA 92612-2559
(714) 641-5100

Geo-Logic Associates, Inc.
2777 E. Guasti, Suite No. 1
Ontario, CA  91761

| | |
|---|---|
| Invoice No. | 940886 |
| Account No. | 025147-0032 |
| Billing Atty. | Ronald Oines |
| Date | October 6, 2022 |
| Page | 1 |

RE: Metal Recovery Solutions, Inc.

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2022



| | | |
|---|---|---|
| 09/01/22 | ████████████ | ██ |
| 09/01/22 | ████████████ | ██ |
| 09/06/22 | ████████████ | ██ |
| 09/08/22 | ████████████ | ██ |
| 09/13/22 | Ronald Oines<br>Review portions of Appellate Appendix to prepare for appellate hearing. | 1.80 |
| 09/14/22 | ████████████ | ██ |
| 09/14/22 | ████████████ | ██ |
| 09/15/22 | ████ | ██ |

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional  statement covering such disbursements will be furnished to you.
The abbreviation  (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

# RUTAN & TUCKER, LLP
#### ATTORNEYS AT LAW

Geo-Logic Associates, Inc.                                          October 6, 2022
Metal Recovery Solutions, Inc.                              Invoice No. 940886
025147-0032                                                              Page No. 2



09/16/22        Ronald Oines                                                         0.80

                         review appellate briefs to divide topics between
                GLA and Trustee; outline same.

09/16/22

09/19/22

09/19/22

09/19/22

09/20/22

09/20/22

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.

**RUTAN & TUCKER, LLP**
ATTORNEYS AT LAW

Geo-Logic Associates, Inc.                                    October 6, 2022
Metal Recovery Solutions, Inc.                          Invoice No. 940886
025147-0032                                                        Page No. 4



| Date | Professional | Description | Hours |
|---|---|---|---|
| 09/23/22 | | | ■ |
| 09/23/22 | | | ■ |
| 09/26/22 | Ronald Oines | Review appellate record to prepare for oral argument. | 2.60 |
| 09/27/22 | Ronald Oines | Review appellate record to prepare for oral argument; | 2.50 |
| 09/28/22 | Ronald Oines | Review legal authority and appellate evidence to prepare for oral argument; prepare outline of argument. | 3.50 |
| 09/29/22 | Ronald Oines | Review case authority and other materials to prepare for oral argument; travel to Reno. | 4.80 |
| 09/30/22 | Ronald Oines | Attend oral argument on appeal; final preparation for same; travel from Reno. | 4.50 |

Total Hours    ■
Total Professional Services    ■

Additional disbursements may have been paid or incurred on your behalf and are not reflected in this statement.
An additional statement covering such disbursements will be furnished to you.
The abbreviation (PA), (LC), (LSS), (DC) or (O) following an individual's name denotes paralegal, law clerk,
litigation support specialist, document clerk, or other paraprofessional.