Louis M. Bubala III (NV Bar No. 8974)
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: 775-852-3900
Facsimile: 775-327-2011
Email: lbubala@kcnvlaw.com

Ronald P. Oines (CA Bar No. 145016)
*Admitted Pro Hac Vice*
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035
Email: roines@rutan.com

Counsel for Geo-Logic Associates, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Case No.: BK-20-50660-gs |
|---|---|
| METAL RECOVERY SOLUTIONS, INC., aka MRS, INC., | Chapter 7 |
| Debtor. | **NOTICE OF REMOTE HEARING ON GEO-LOGIC ASSOCIATES, INC.'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE UNDER 11 U.S.C. § 503(b)(4)** |
| | Hearing Date: October 6, 2023<br>Hearing Time: 1:30 p.m.<br>Hearing Location: Zoom |

NOTICE IS HEREBY GIVEN that on September 8, 2023 *Geo-Logic Associates, Inc.'s Motion For Allowance of Administrative Expense Under 11 U.S.C. § 503(b)(4)* ("Motion") was filed and served. The Motion seeks an order from the Court for an allowance of administrative expenses. Please refer to the Motion for specific details, which is on file with the Bankruptcy Court and may be obtained from the Clerk's Office. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

NOTICE IS FURTHER GIVEN that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion *no later than 14*

*days* preceding the hearing date for the Motion, unless an extension applies (*See* Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.  If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - the court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a United States Bankruptcy Judge, on October 6, 2023 at 1:30 p.m. PST.  Parties are permitted to appear at this hearing by Zoom video conference.  An invitation to this Zoom video conference will be sent by the Court Clerk's office to all parties in this matter one (1) week in advance of October 6, 2023.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at https://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge.  Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

**DATED** Friday, September 8, 2023

KAEMPFER CROWELL
By: */s/ Louis M. Bubala III*
Louis M. Bubala III
Counsel for Creditor Geo-Logic Associates, Inc.

**KAEMPFER CROWELL**
50 West Liberty Street, Suite 700
Reno, Nevada 89501