# EXHIBIT 2

# EXHIBIT 2

1

2

3

4

5

6   LOUIS M. BUBALA III
Nevada Bar No. 8974

7   KAEMPFER CROWELL
50 W. Liberty Street, Suite 700

8   Reno, Nevada 89501
Telephone: (775) 852-3900

9   Facsimile: (775) 327-2011
Email: lbubala@kcnvlaw.com

10
Attorneys for Geo-Logic Associates, Inc.

11

12                    **UNITED STATES BANKRUPTCY COURT**

13                          **DISTRICT OF NEVADA**

14   In re:                                          Case No.:   BK-N-20-50660-gs
                                                      Chapter 7
15   METAL RECOVERY SOLUTIONS, INC.,
aka MRS, INC.,                                   **ORDER GRANTING MOTION TO**
16                                                   **APPROVE SETTLEMENT**
                    Debtor.
17                                                   Hearing Date: OST Requested
                                                      Hearing Time: OST Requested
18

19        Geo-Logic Associates, Inc. ("GLA"); Christopher Burke, Chapter 7 Trustee of the

20   bankruptcy estate of Metal Recovery Solutions, Inc. ("Trustee"); and Dr. Thomas and Jette Seal,

21   individually and as shareholders of Debtor ("Seals"), moved for approval of a settlement of

22   multiple issues with multiple parties detailed in the stipulation attached as **Exhibit 1**. Following

23   briefing reflected on the docket, the matter was called as scheduled, the Hon. Gary Spraker

24   presiding. Appearances were noted on the record.

KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501

The Court, being familiar with and taking judicial notice of the matters in the bankruptcy case and including the record in this motion, and having considered the facts and argument set forth and as stated on the record at the hearing and incorporated pursuant to Bankruptcy Rules 9014 and 7052, and for good cause appearing, **GRANTS** the motion as follows:

1. GLA's motion for an administrative expense for fees incurred successfully objecting to the claims of Differential Engineering, Inc. (Dkt. 359) is **DENIED** as moot with prejudice, subject to the terms of this order.

2. The interest rate paid by the Trustee on the three unsecured claims—Guild, Cl. Reg. 1, $1,500; GLA, Cl. Reg. 4, $2,215,692.69; and Brownstein, Cl Reg. 5, $61,197.86 (collectively, "Claims")—shall be the federal interest rate under 28 U.S.C. § 1961(a) on the date of the petition at the agreed rate of 0.16% per annum.

3. The Trustee shall make an interim distribution of the face amount of the Claims within seven calendar days of entry of this order (the "Interim Distribution").

4. The Trustee shall expeditiously prepare its final report, providing for payment of the remaining funds in the following order of priority:

    a. The Trustee's approved commission.

    b. The Trustee's approved professional fees.

    c. Interest on the Claims, from the date of the petition through the date of the Interim Distribution at the agreed upon rate of 0.16% per annum.

    d. In resolution of the GLA's Motion, GLA and the Seals agree that GLA and the Debtor shall each receive 50% of the remaining funds.

    e. GLA's 50% of the remaining funds shall be treated as an administrative expense for 11 U.S.C. §§ 326, 503.

**KAEMPFER CROWELL**
50 West Liberty Street, Suite 700
Reno, Nevada 89501

18014.1

1            f.    The amount to be paid to the Debtor under § 726(a)(6), shall be paid to the Seals

2            pursuant to their Proof of Interest.

3            # # #

4    Submitted by:

5    KAEMPFER CROWELL

6    By:_ */s/  Louis M. Bubala III*_____
    Louis M. Bubala III

7    Attorneys for Geo-Logic Associates, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**KAEMPFER CROWELL**
50 West Liberty Street, Suite 700
Reno, Nevada 89501

18014.1