# EXHIBIT 1

EXHIBIT 1

1

2

3

4

5

6

7   Louis M. Bubala III (NV Bar No. 8974)
    KAEMPFER CROWELL
8   50 West Liberty Street, Suite 700
    Reno, Nevada 89501
9   Telephone: 775-852-3900
    Facsimile:  775-327-2011
10  Email: lbubala@kcnvlaw.com

11  Attorney for Geo-Logic Associates, Inc.

12              UNITED STATES BANKRUPTCY COURT

13                  DISTRICT OF NEVADA

14  | In re:                              | Case No.:   BK-20-50660-gs |
    |                                     | Chapter 7                  |
15  | METAL RECOVERY SOLUTIONS, INC.,     |                            |
    | aka MRS, INC.,                      | **ORDER GRANTING MOTION FOR ORDER** |
16  |                                     | **SHORTENING TIME**        |
17  |                   Debtor.           | **[MOTION TO APPROVE SETTLEMENT]** |
18  |                                     | Hearing Date: N/A          |
    |                                     | Hearing Time: N/A          |
19  |                                     | Hearing Location: N/A      |

20          On October 19, 2023, Geo-Logic Associates, Inc. moved for an order shorting time to hear

21  its Motion to Approve Settlement ("Settlement Motion").   The motion for shortened time was

22  supported by the declaration of Louis M. Bubala III and an attorney information sheet, as well as the

23  underlying substantive Settlement Motion.  The Court having considered the presentation with

24

respect thereto, and for good cause appearing **GRANTS** to motion for an order shortening time as follows:

     **IT IS ORDERED** that the time for notice of a hearing with respect to the Settlement Motion is hereby shortened so that a hearing shall occur before this Court on _____ ___, 2023 at __:___ ___.m.

     **IT IS FURTHER ORDERED** that any opposition to the Settlement Motion shall be filed and served by _____ ___, 2023, and any reply to the opposition to the Settlement Motion shall be filed and served by _____ ___, 2023.

     **IT IS SO ORDERED.**

Submitted by

KAEMPFER CROWELL


By: _/s/  Louis M. Bubala III_
Attorney for Geo-Logic Associates, Inc.

                      # # #

**KAEMPFER CROWELL**
50 West Liberty Street, Suite 700
Reno, Nevada 89501