MICHAEL LEHNERS, ESQ.
NV Bar No.: 3331
429 Marsh Avenue
Reno, NV 89509
P: 775-786-1695
F: 775-786-0799
E: michaellehners@yahoo.com

Attorney for Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

| | |
|---|---|
| IN RE: | BK CASE NO.: 20-50660-gs |
| | (Chapter 7) |
| METAL RECOVERY SOLUTIONS, INC., | |
| aka MRS, INC., | |
| | Hrg. Date: ost pending |
| Debtor. | And Time: ost pending |
| _____/ | |

**NOTICE OF NON-AVAILABILITY OF COUNSEL**

NOTICE IS HEREBY GIVEN that Michael Lehners, Esq., Counsel for Chapter 7 Trustee, Christopher Burke, will be unavailable for any court appearances on November 16, 2023 in the morning, November 21, 2023 in the afternoon and November 27, 2023 all day as he state court matters that his appearance is required.

DATED this 24th day of October, 2023.

/s/ Michael Lehners, Esq.
Michael Lehners, Esq.
Attorney for Chapter 7 Trustee
Christopher Burke

**CERTIFICATE OF SERVICE BY MAIL**

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that on the 24th day of October, 2022. I deposited for mailing in the United States Post Office in Reno, Nevada, with postage thereon fully prepaid, a true copy of the **NOTICE OF NON-AVAILABILITY OF COUNSEL** address to the following;

    Amy Tirre, Esq.
    3715 Lakeside Drive
    Suite A
    Reno, NV 89509

    Seth Adams, Esq.
    Woodburn and Wedge
    P. O. Box 2311
    Reno, NV 89505

    Elizabeth Fletcher, Esq.
    Fletcher & Lee
    448 Ridge St.
    Reno, NV 89501

    L. Edward Humphrey, Esq.
    Humphrey Law PLLC
    201 W. Liberty St, Ste 350
    Reno, Nv 89501

    Louis M. Bubala, III
    KAEMPFER CROWELL
    50 W. Liberty Street, Suite 700
    Reno, Nevada 89501

    Ellen E. Ostrow, Esq.
    Foley & Lardner LLP
    95 S State Street, Suite 2500
    Salt Lake City, UT 84111

    U.S. Trustee
    300 Booth Street. Room 3009
    Reno, NV 89509

    Christopher Burke, Trustee
    526 Lander St.
    Reno, NV 89509

In addition copy of the document has been served to all parties registered through the Court's ECF System in this matter

                                /s/ Dolores Stigall
                                Dolores Stigall