_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
February 02, 2024

MICHAEL LEHNERS, ESQ.
NV Bar No.: 3331
429 Marsh Avenue
Reno, NV 89509
P: 775-786-1695
F: 775-786-0799
E: michaellehners@yahoo.com

Attorney for Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE:

METAL RECOVERY SOLUTIONS, INC.,
aka MRS, INC.,

　　　　　Debtor.
_____/

BK CASE NO.: 20-50660-gs
(Chapter 7)

hrg. date: 2/1/24
and time: 9:30 a.m.

## ORDER GRANTING THIRD AND FINAL APPLICATION FOR FEES

THIS MATTER having come before the Court on motion of the Chapter Seven Trustee's counsel seeking approval of fees in the amount of $6,080.00 as an administrative expense (ECF 398). Michael Lehners, Esq., appeared on behalf of the Chapter Seven Trustee, the Court having reviewed the matters before it and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion is granted and that fees of $6,080.00 are approved as an administrative expense, and shall be paid by the Trustee to Michael Lehners, Esq. on the condition no other administrative claims are impaired as a result.

Submitted by:

_____
Michael Lehners, Esq.
Attorney for Trustee
Christopher Burke

# # #

## CERTIFICATION PER LR 9021

In accordance with LR 9021, counsel submitting this document certifies as follows:

> ___ The court has waived the requirement set forth in LR 9021(b)(1).

> XX No party appeared at the hearing or filed an objection to the motion.

> I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below: [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

> ___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ Michael Lehners, Esq.
Michael Lehners, Esq.
attorney for Movant